# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

SAMSUNG DISPLAY CO., LTD.,

Plaintiff,

-v-

SOLAS OLED LTD. and NEODRON LTD.

Defendant.

Case No. 1:21-cv-7201-LGS

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Samsung Display Co., Ltd. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Samsung Electronics Co., Ltd., and Samsung SDI Co., Ltd., each own 10% or more of Samsung Display Co., Ltd.'s stock, and no other publicly held corporation owns 10% or more of Samsung Display Co., Ltd.'s stock. Samsung Electronics Co., Ltd. has no parent corporation and no publicly held corporation owns 10% or more of its stock. Samsung Electronics Co., Ltd. owns 10% or more of Samsung SDI Co., Ltd.'s stock. No other publicly held corporation owns 10% or more of Samsung SDI Co., Ltd.'s stock.

**Date:** August 31, 2021

/s/ Abby F. Rudzin
**Signature of Attorney**

**Attorney Bar Code:** AR6649

Form Rule7_1.pdf SDNY Web 10/2007