IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAMSUNG DISPLAY CO., LTD., <br><br> *Plaintiff,* <br><br> v. <br><br> SOLAS OLED LTD. and NEODRON LTD., <br><br> *Defendants.* | Civil Action No. 1:21 Civ. 07201 (LGS) |

## [PROPOSED] ORDER GOVERNING THE PROCEDURE TO SEAL CONFIDENTIAL INFORMATION IN DOCUMENTS FILED IN THIS CASE

The Court, having ordered the Parties to propose an order governing the sealing of confidential information (Dkt. 9), and the Parties having conferred and proposed the following order, it is hereby

ORDERED that the Parties may file documents in this proceeding under seal without further motions to do so, provided that within seven days the party filing a document under seal shall, for each document so filed, publicly file a (i) slip sheet indicating that the document shall be maintained entirely under seal; or (ii) version of the document with only confidential information redacted.

IT IS FURTHER ORDERED that unless the document the party is proposing to maintain under seal or the redacted portions of the document include only information previously sealed or redacted in this case, the parties must file with the slip sheet or redacted document a public motion or letter-motion articulating the basis for its new sealings or redactions and, in the case of redactions, providing a copy of the document with all redactions highlighted, which highlighted document may itself be filed under seal.

IT IS FURTHER ORDERED that any party objecting to any sealing or redaction shall within seven days file a response stating its objection, to which the party propounding the sealing or redactions shall have seven days to respond.

Dated: September 7, 2021
New York, NY

SO ORDERED:

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE